JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| TROPICAL TEXTILE, INC., | ) | Case No. CV 18-3989 FMO (Ex) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| J & S, LLC, <u>et al.</u>, | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Re: Motion for Default Judgment, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-entitled action is **dismissed without prejudice** as to defendant Shoptiques.

Dated this 30th day of November, 2018.

/s/
Fernando M. Olguin
United States District Judge
